IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KARA DYHRKOPP,**

**Plaintiff,**

**v.**

**GRINNELL MUTUAL REINSURANCE COMPANY,**

**Defendant.**                                                       **No. 06-CV-0708-DRH**

### ORDER

**HERNDON, District Judge:**

On November 14, 2006, the parties filed a stipulation for dismissal with prejudice (Doc. 8). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 15th day of November, 2006.

/s/     David    RHerndon
United States District Judge