## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS


**KARA DYHRKOPP,**

       **Plaintiff,**

    **vs.**                                  **Cause No.  06-CV-708 DRH**

**GRINNELL MUTUAL REINSURANCE COMPANY,**

       **Defendant**.


### JUDGMENT IN A CIVIL CASE

       The Court having received a Stipulation for Dismissal signed by  counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED   with prejudice.**


                                   **NORBERT G. JAWORSKI, CLERK**

November 15, 2006               By:   s/Patricia Brown            
                                      Deputy Clerk

APPROVED:/s/     David  RHerndon
             **U.S. DISTRICT JUDGE**